Case No. 23-10294-KB

FILED 2026 JAN 6 AM11:51
Clerk of the US Bankruptcy Court NH

I object to the transfer of my Mortgage until I am satisfied with the balance (Both seen and unseen) on my account.

I have seen no evidence of the $138,000.00 I sent to Select Portfolio Services in the year 2025.

It is my right to know where my money went, and the full balance on my account

Thank You

Arnold Schadler

account # 2000043828

case # 23-10294-KB